STATE v. HAMLETTE

No. 87P83.

Case below: 60 N.C. App. 306.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 5 April 1983.

STATE v. HOUGH

No. 155P83.

Case below: 61 N.C. App. 132.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1983.

STATE v. KOBERLEIN

No. 103PA83.

Case below: 60 N.C. App. 356.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 5 April 1983.

STATE v. MILLER

No. 46P83.

Case below: 60 N.C. App. 208.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1983.

STATE v. PEOPLES

No. 106PA83.

Case below: 60 N.C. App. 479.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 5 April 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 5 April 1983.